JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIC IGNACIO BURRIEL, an individual dba INDEPENDENT REBAR,<br><br>Defendant. | CASE NO. 2:16-cv-09247-JFW-PLAx<br><br>Assigned to the Hon. John F. Walter<br><br>**ORDER ON STIPULATION FOR JUDGMENT AGAINST DEFENDANT DOMINIC IGNACIO BURRIEL**<br><br>Complaint Filed: December 14, 2016<br>Trial Date: December 19, 2017 |

IT IS ORDERED that Judgment be entered in the above-entitled action against Defendant Dominic Ignacio Burriel, an individual dba Independent Rebar, pursuant to the terms of the Stipulation for Judgment entered into by Plaintiffs and Defendant and filed with the Court on September 19, 2017.

The Court retains jurisdiction over the parties at their request in order to enforce the Stipulation for Judgment until full performance of its terms.

Dated: September 21, 2017

_____
Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

1