# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT

CASE NO. 2:16-cv-09247-JFW (PLAx)

**JUDGMENT**

Assigned to the Hon. John F. Walter
Complaint Filed: December 14, 2016

1

[PROPOSED] JUDGMENT

| | |
|---|---|
| PROGRESSIVE ACTION COOPERATIVE TRUST, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DOMINIC IGNACIO BURRIEL, an individual dba INDEPENDENT REBAR, | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

Pursuant to the Application of Plaintiffs for judgment pursuant to the Stipulation for Judgment (Document No. 25) and Order thereon (Document 26) and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST ("Plaintiffs") shall recover from Defendant DOMINIC IGNACIO BURRIEL, an individual dba INDEPENDENT REBAR the sum of:

| | |
|---|---|
| Principal: | $66,154.41 |
| Interest: | $1,543.78 |
| Attorney Fees: | $2,846.00 |
| **Total:** | **$70,544.19** |

Dated: December 27, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE